Willie **CORNELIUS**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 59693.**

Missouri Court of Appeals, Western District.

Submitted Dec. 7, 2001.

April 16, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 2002.

Sarah Weber Patel, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, MO, Philip M. Koppe, Asst. Attorney General, Kansas City, MO, for Respondent.

Before JAMES M. SMART, JR., HAROLD L. LOWENSTEIN, and JOSEPH M. ELLIS, JJ.

## Order

PER CURIAM.

Willie Cornelius appeals the denial of his Rule 29.15 motion for post-conviction relief. The judgment Cornelius seeks to vacate was for one count of assault in the first degree, § 565.050, RSMo.1994. The trial court sentenced Cornelius as a prior offender to a term of life imprisonment. Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. An opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 84.16(b).